IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Torres,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-09-01477-PHX-ROS<br><br>**ORDER** |

On July 13, 2010, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R") recommending that this case be dismissed. Plaintiff did not file any objections.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 USC § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted). Plaintiff did not file any objections and the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED**. The Clerk shall close this case.

DATED this 30th day of August, 2010.

_____
Roslyn O. Silver
United States District Judge